**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                      §     Case No. 11-39061-TAB
                                            §
CARMEN LATRICE MATHIS                       §
                                            §
                                            §
                                            §
                      Debtor(s)             §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/11/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/13/2012            By:  /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-39061-TAB |
| | § | |
| CARMEN LATRICE MATHIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $6,904.00
*and approved disbursements of* $1,852.84
*leaving a balance on hand of[1]:* $5,051.16

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $5,051.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,258.82 | $0.00 | $1,258.82 |
| David P. Leibowitz, Trustee Expenses | $5.95 | $0.00 | $5.95 |

Total to be paid for chapter 7 administrative expenses: $1,264.77
Remaining balance: $3,786.39

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance:  $3,786.39

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:  $0.00
Remaining balance:  $3,786.39

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,460.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Automotive Credit Corporation | $1,251.25 | $0.00 | $733.35 |
| 2 | LVNV Funding, LLC its successors and assigns as assignee of IDT Carmel, Inc | $284.14 | $0.00 | $166.53 |
| 3 | IC Systems Collections | $560.00 | $0.00 | $328.21 |
| 4 | Harris & Harris | $1,241.00 | $0.00 | $727.34 |
| 5 | Greentree & Associates | $365.00 | $0.00 | $213.92 |
| 6 | CMI | $399.00 | $0.00 | $233.85 |
| 7 | CB USA | $231.00 | $0.00 | $135.39 |
| 8 | CB USA | $1,099.00 | $0.00 | $644.12 |
| 9 | American Collection Corp | $486.00 | $0.00 | $284.84 |
| 10 | AFNI | $462.00 | $0.00 | $270.78 |
| 11 | Trustmark Recovery Service | $82.00 | $0.00 | $48.06 |

Total to be paid to timely general unsecured claims:  $3,786.39
Remaining balance:  $0.00

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Carmen Latrice Mathis  
      Debtor

Case No. 11-39061-TAB  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 2                   Date Rcvd: Aug 14, 2012
                              Form ID: pdf006              Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2012.
db         +Carmen Latrice Mathis,    534 E 46th Place,    Chicago, IL 60653-4206
17847835   +American Collection Corp,    919 Estes Ct,    Schaumburg IL 60193-4436
17847830   +Automotive Credit Corp,    26261 Evergreen Rd,    Suite 300,    Southfield Mi 48076-7509
18756034    Automotive Credit Corporation,     PO Box 2286,    Southfield, MI 48037-2286
17847837   +CB USA,    P O Bxo 663,    hammond IN 46325-0663
17847831   +CMI,    4200 International,    Carrollton Tx 75007-1930
17847841   +Cook Law Magistrate,    50 W Washington,    Chgo IL 60602-1305
17847832   +Greentree & Associates,    508 W Mission Ave,    Escondido Ca 92025-1607
17847833   +Harris & Harris,    222 Merchandise Mart,    Ste 1900,    Chicago IL 60654-1421
18297993   +Illinois Department of Human Services,    600 Holiday Plaza Dr,    Matteson, IL 60443-2241
17847840   +Lamar Gayles,    1332 W Madison,    Chgo IL 60607-1969
17847847   +Peoples Gas Light & Coke Company,    130 E Randolph Drive,    Chicago IL 60601-6203
18297992   +RCN,    PO Box 11816,    Newark, NJ 07101-8116
17847839   +TCF Bank,    801 Marquette Ave,    Minneapolis Mn 55402-3475
17847838    Trustmark Recovery Service,    541 Otis Bowen Drive,    Munster In 46321-4158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17847836   +E-mail/PDF: recoverybankruptcy@afninet.com Aug 15 2012 02:58:29      AFNI,    P O Box 3097,
             Bloomington IL 61702-3097
17847834   +E-mail/Text: Bankruptcy@icsystem.com Aug 15 2012 03:10:56      IC Systems Collections,
             P O Box 64378,    Saint Paul Mn 55164-0378
18809448    E-mail/Text: resurgentbknotifications@resurgent.com Aug 15 2012 01:52:09
             LVNV Funding, LLC its successors and assigns as,    assignee of IDT Carmel, Inc,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2012**     **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams            Page 2 of 2              Date Rcvd: Aug 14, 2012
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2012 at the address(es) listed below:

        David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 2