UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 11-39061-TAB |
|---|---|---|
| | § | |
| CARMEN LATRICE MATHIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $11,530.00 | Assets Exempt: | $500.00 |
| Total Distributions to Claimants: | $3,786.39 | Claims Discharged Without Payment: | $36,157.33 |
| Total Expenses of Administration: | $1,301.76 | | |

3) Total gross receipts of $6,904.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,815.85 (see **Exhibit 2**), yielded net receipts of $5,088.15 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,483.34 | $1,483.34 | $1,301.76 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $52,597.33 | $6,460.39 | $4,276.39 | $3,786.39 |
| **Total Disbursements** | $52,597.33 | $7,943.73 | $5,759.73 | $5,088.15 |

4). This case was originally filed under chapter 7 on 09/27/2011. The case was pending for 24 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/05/2013          By:   /s/ David P. Leibowitz
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| tax return | 1224-000 | $6,904.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,904.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Carmen Latrice Mathis | Exemptions | 8100-002 | $1,815.85 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,815.85** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,440.40 | $1,440.40 | $1,258.82 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.95 | $5.95 | $5.95 |
| Green Bank | 2600-000 | NA | $36.99 | $36.99 | $36.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,483.34 | $1,483.34 | $1,301.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Automotive Credit Corporation | 7100-000 | $12,005.00 | $1,251.25 | $1,251.25 | $896.26 |
| 2 | LVNV Funding, | 7100-000 | NA | $284.14 | $284.14 | $203.53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | LLC its successors and assigns as assignee of IDT Carmel, Inc | | | | | |
| 3 | IC Systems Collections | 7100-000 | $560.00 | $560.00 | $560.00 | $0.00 |
| 4 | Harris & Harris | 7100-000 | $1,241.00 | $1,241.00 | $0.00 | $796.37 |
| 5 | Greentree & Associates | 7100-000 | $365.00 | $365.00 | $365.00 | $261.45 |
| 6 | CMI | 7100-000 | $399.00 | $399.00 | $0.00 | $0.00 |
| 7 | CB USA | 7100-000 | $231.00 | $231.00 | $231.00 | $165.46 |
| 8 | CB USA | 7100-000 | $1,099.00 | $1,099.00 | $1,099.00 | $787.21 |
| 9 | American Collection Corp | 7100-000 | $486.00 | $486.00 | $486.00 | $348.12 |
| 10 | AFNI | 7100-000 | $462.00 | $462.00 | $0.00 | $270.78 |
| 11 | Trustmark Recovery Service | 7100-000 | $82.00 | $82.00 | $0.00 | $52.62 |
| | Clerk, US Bankruptcy Court (Claim No. 11; Trustmark Recovery Service) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.59 |
| | Cook County Magistrate | 7100-000 | $10,377.00 | NA | NA | $0.00 |
| | Lamar Gayles | 7100-000 | $25,000.00 | NA | NA | $0.00 |
| | Peoples Energy | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Peoples Energy | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Peoples Energy | 7100-000 | $0.00 | NA | NA | $0.00 |
| | TFC Bank | 7100-000 | $290.33 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $52,597.33 | $6,460.39 | $4,276.39 | $3,786.39 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-39061-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MATHIS, CARMEN LATRICE | Date Filed (f) or Converted (c): | 09/27/2011 (f) |
| For the Period Ending: | 9/5/2013 | §341(a) Meeting Date: | 10/25/2011 |
| | | Claims Bar Date: | 04/30/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 2 | Chevy Trail Blazer | $11,530.00 | $0.00 | | $0.00 | FA |
| 3 | tax return (u) | $0.00 | $6,904.00 | | $6,904.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$12,030.00     $6,904.00     $6,904.00     $0.00

**Major Activities affecting case closing:**

| 12/31/2011 | Tax intercept. |
|---|---|
| 02/14/2012 | Tax refund check received $4,831.00 |
| 09/11/2012 | Prepare TDR |
| 12/13/2012 | Supplemental - Distribution done. |
| 06/19/2013 | Third supplement distribution made - |

**Initial Projected Date Of Final Report (TFR):**    12/31/2012        /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):**                      DAVID LEIBOWITZ

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-39061-TAB | |
| Case Name: | MATHIS, CARMEN LATRICE | |
| Primary Taxpayer ID #: | ******9355 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 9/27/2011 | |
| For Period Ending: | 9/5/2013 | |

| | | |
|---|---|---|
| Trustee Name: | David Leibowitz | |
| Bank Name: | Green Bank | |
| Checking Acct #: | ******6101 | |
| Account Title: | | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/14/2012 | (3) | United States Treasury | Tax refund. | 1224-000 | $6,904.00 | | $6,904.00 |
| 02/15/2012 | 3001 | Carmen Latrice Mathis | Entitled portion of tax refund. | 8100-002 | | $1,815.85 | $5,088.15 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.54 | $5,083.61 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.46 | $5,075.15 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.66 | $5,067.49 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.17 | $5,059.32 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.16 | $5,051.16 |
| 09/11/2012 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,258.82 | $3,792.34 |
| 09/11/2012 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.95 | $3,786.39 |
| 09/11/2012 | 3004 | Automotive Credit Corporation | Claim #: 1; Amount Claimed: 1,251.25; Amount Allowed: 1,251.25; Distribution Dividend: 58.61; | 7100-000 | | $733.35 | $3,053.04 |
| 09/11/2012 | 3005 | LVNV Funding, LLC its successors and assigns as | Claim #: 2; Amount Claimed: 284.14; Amount Allowed: 284.14; Distribution Dividend: 58.61; | 7100-000 | | $166.53 | $2,886.51 |
| 09/11/2012 | 3006 | IC Systems Collections | Claim #: 3; Amount Claimed: 560.00; Amount Allowed: 560.00; Distribution Dividend: 58.61; | 7100-000 | | $328.21 | $2,558.30 |
| 09/11/2012 | 3007 | Harris & Harris | Claim #: 4; Amount Claimed: 1,241.00; Amount Allowed: 1,241.00; Distribution Dividend: 58.61; | 7100-000 | | $727.34 | $1,830.96 |
| 09/11/2012 | 3008 | Greentree & Associates | Claim #: 5; Amount Claimed: 365.00; Amount Allowed: 365.00; Distribution Dividend: 58.61; | 7100-000 | | $213.92 | $1,617.04 |
| 09/11/2012 | 3009 | CMI | Claim #: 6; Amount Claimed: 399.00; Amount Allowed: 399.00; Distribution Dividend: 58.61; | 7100-000 | | $233.85 | $1,383.19 |
| 09/11/2012 | 3010 | CB USA | Claim #: 7; Amount Claimed: 231.00; Amount Allowed: 231.00; Distribution Dividend: 58.61; | 7100-000 | | $135.39 | $1,247.80 |
| 09/11/2012 | 3011 | CB USA | Claim #: 8; Amount Claimed: 1,099.00; Amount Allowed: 1,099.00; Distribution Dividend: 58.61; | 7100-000 | | $644.12 | $603.68 |
| 09/11/2012 | 3012 | American Collection Corp | Claim #: 9; Amount Claimed: 486.00; Amount Allowed: 486.00; Distribution Dividend: 58.61; | 7100-000 | | $284.84 | $318.84 |
| 09/11/2012 | 3013 | AFNI | Claim #: 10; Amount Claimed: 462.00; Amount Allowed: 462.00; Distribution Dividend: 58.61; | 7100-000 | | $270.78 | $48.06 |
| 09/11/2012 | 3014 | Trustmark Recovery Service | Claim #: 11; Amount Claimed: 82.00; Amount Allowed: 82.00; Distribution Dividend: 58.61; | 7100-000 | | $48.06 | $0.00 |
| 12/13/2012 | 3006 | VOID: IC Systems Collections | | 7100-003 | | ($328.21) | $328.21 |

**SUBTOTALS**  $6,904.00   $6,575.79

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2
Exhibit 9

| Case No. | 11-39061-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MATHIS, CARMEN LATRICE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9355 | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/5/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/13/2012 | 3015 | Automotive Credit Corporation | Claim #: 1; Amount Claimed: 1,251.25; Amount Allowed: 1,251.25; Distribution Dividend: 64.17; | 7100-000 | | $69.59 | $258.62 |
| 12/13/2012 | 3016 | LVNV Funding, LLC its successors and assigns as | Claim #: 2; Amount Claimed: 284.14; Amount Allowed: 284.14; Distribution Dividend: 64.17; | 7100-000 | | $15.81 | $242.81 |
| 12/13/2012 | 3017 | Harris & Harris | Claim #: 4; Amount Claimed: 1,241.00; Amount Allowed: 1,241.00; Distribution Dividend: 64.17; | 7100-000 | | $69.03 | $173.78 |
| 12/13/2012 | 3018 | Greentree & Associates | Claim #: 5; Amount Claimed: 365.00; Amount Allowed: 365.00; Distribution Dividend: 64.17; | 7100-000 | | $20.31 | $153.47 |
| 12/13/2012 | 3019 | CMI | Claim #: 6; Amount Claimed: 399.00; Amount Allowed: 399.00; Distribution Dividend: 64.17; | 7100-000 | | $22.20 | $131.27 |
| 12/13/2012 | 3020 | CB USA | Claim #: 7; Amount Claimed: 231.00; Amount Allowed: 231.00; Distribution Dividend: 64.17; | 7100-000 | | $12.85 | $118.42 |
| 12/13/2012 | 3021 | CB USA | Claim #: 8; Amount Claimed: 1,099.00; Amount Allowed: 1,099.00; Distribution Dividend: 64.17; | 7100-000 | | $61.13 | $57.29 |
| 12/13/2012 | 3022 | American Collection Corp | Claim #: 9; Amount Claimed: 486.00; Amount Allowed: 486.00; Distribution Dividend: 64.17; | 7100-000 | | $27.04 | $30.25 |
| 12/13/2012 | 3023 | AFNI | Claim #: 10; Amount Claimed: 462.00; Amount Allowed: 462.00; Distribution Dividend: 64.17; | 7100-000 | | $25.69 | $4.56 |
| 12/13/2012 | 3024 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.56 | $0.00 |
| | | | Claim Amount $(4.56) | 7100-000 | | | $0.00 |
| 03/06/2013 | 3009 | STOP PAYMENT: CMI | Stop Payment for Check# 3009 | 7100-004 | | ($233.85) | $233.85 |
| 03/06/2013 | 3019 | VOID: CMI | | 7100-003 | | ($22.20) | $256.05 |
| 03/06/2013 | 3023 | VOID: AFNI | | 7100-003 | | ($25.69) | $281.74 |
| 04/08/2013 | 3025 | Automotive Credit Corporation | Claim #: 1; Amount Claimed: 1,251.25; Amount Allowed: 1,251.25; Distribution Dividend: 69.76; | 7100-000 | | $69.97 | $211.77 |
| 04/08/2013 | 3026 | LVNV Funding, LLC its successors and assigns as | Claim #: 2; Amount Claimed: 284.14; Amount Allowed: 284.14; Distribution Dividend: 69.76; | 7100-000 | | $15.88 | $195.89 |
| 04/08/2013 | 3027 | Harris & Harris | Claim #: 4; Amount Claimed: 1,241.00; Amount Allowed: 1,241.00; Distribution Dividend: 69.76; | 7100-000 | | $69.38 | $126.51 |
| 04/08/2013 | 3028 | Greentree & Associates | Claim #: 5; Amount Claimed: 365.00; Amount Allowed: 365.00; Distribution Dividend: 69.76; | 7100-000 | | $20.40 | $106.11 |

**SUBTOTALS** $0.00 $222.10

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| Case No. | 11-39061-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MATHIS, CARMEN LATRICE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9355 | | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/27/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/5/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/08/2013 | 3029 | CB USA | Claim #: 7; Amount Claimed: 231.00; Amount Allowed: 231.00; Distribution Dividend: 69.76; | 7100-000 | | $12.91 | $93.20 |
| 04/08/2013 | 3030 | CB USA | Claim #: 8; Amount Claimed: 1,099.00; Amount Allowed: 1,099.00; Distribution Dividend: 69.76; | 7100-000 | | $61.44 | $31.76 |
| 04/08/2013 | 3031 | American Collection Corp | Claim #: 9; Amount Claimed: 486.00; Amount Allowed: 486.00; Distribution Dividend: 69.76; | 7100-000 | | $27.17 | $4.59 |
| 04/08/2013 | 3032 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.59 | $0.00 |
| | | | Claim Amount   $(4.59) | 7100-001 | | | $0.00 |
| 06/19/2013 | 3027 | VOID: Harris & Harris | | 7100-003 | | ($69.38) | $69.38 |
| 06/19/2013 | 3033 | Automotive Credit Corporation | Claim #: 1; Amount Claimed: 1,251.25; Amount Allowed: 1,251.25; Distribution Dividend: 71.63; | 7100-000 | | $23.35 | $46.03 |
| 06/19/2013 | 3034 | LVNV Funding, LLC its successors and assigns as | Claim #: 2; Amount Claimed: 284.14; Amount Allowed: 284.14; Distribution Dividend: 71.63; | 7100-000 | | $5.31 | $40.72 |
| 06/19/2013 | 3035 | Greentree & Associates | Claim #: 5; Amount Claimed: 365.00; Amount Allowed: 365.00; Distribution Dividend: 71.63; | 7100-000 | | $6.82 | $33.90 |
| 06/19/2013 | 3036 | CB USA | Claim #: 7; Amount Claimed: 231.00; Amount Allowed: 231.00; Distribution Dividend: 71.63; | 7100-000 | | $4.31 | $29.59 |
| 06/19/2013 | 3037 | CB USA | Claim #: 8; Amount Claimed: 1,099.00; Amount Allowed: 1,099.00; Distribution Dividend: 71.63; | 7100-000 | | $20.52 | $9.07 |
| 06/19/2013 | 3038 | American Collection Corp | Claim #: 9; Amount Claimed: 486.00; Amount Allowed: 486.00; Distribution Dividend: 71.63; | 7100-000 | | $9.07 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $106.11 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-39061-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MATHIS, CARMEN LATRICE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9355 | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/27/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/5/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,904.00 | $6,904.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,904.00 | $6,904.00 | |
| | | | Less: Payments to debtors | | $0.00 | $1,815.85 | |
| | | | **Net** | | $6,904.00 | $5,088.15 | |

**For the period of 9/27/2011 to 9/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $6,904.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,904.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,088.15 |
| Total Non-Compensable Disbursements: | $1,815.85 |
| Total Comp/Non Comp Disbursements: | $6,904.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/14/2012 to 9/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $6,904.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,904.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,088.15 |
| Total Non-Compensable Disbursements: | $1,815.85 |
| Total Comp/Non Comp Disbursements: | $6,904.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 11-39061-TAB | |
| **Case Name:** | MATHIS, CARMEN LATRICE | |
| **Primary Taxpayer ID #:** | ******9355 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/27/2011 | |
| **For Period Ending:** | 9/5/2013 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $6,904.00 | $6,904.00 | $0.00 |

| **For the period of 9/27/2011 to 9/5/2013** | | **For the entire history of the case between 09/27/2011 to 9/5/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,904.00 | Total Compensable Receipts: | $6,904.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,904.00 | Total Comp/Non Comp Receipts: | $6,904.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,088.15 | Total Compensable Disbursements: | $5,088.15 |
| Total Non-Compensable Disbursements: | $1,815.85 | Total Non-Compensable Disbursements: | $1,815.85 |
| Total Comp/Non Comp Disbursements: | $6,904.00 | Total Comp/Non Comp Disbursements: | $6,904.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ